915 A.2d 432

In re TIMOTHY J.

No. 80, Sept. Term, 2006.

Court of Appeals of Maryland.

Feb. 2, 2007.

Piedad Gomez, Asst. Public Defender (Nancy S. Forster, Public Defender, on brief), for appellant.

Leslie K. Ridgway, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen. on brief), Michelle A. Pilgrim (Legal Aid Bureau, on brief), for appellees.

Argued before BELL, C.J., RAKER,* WILNER, CATHELL, HARRELL, BATTAGLIA, and GREENE, JJ.

## PER CURIAM ORDER.

The Court having considered the briefs and oral argument submitted by the parties in the above-captioned case, it is this 2nd day of February, 2007,

ORDERED, by the Court of Appeals of Maryland, that the appeal be, and it is hereby, dismissed as moot. Costs to be evenly divided between the parties.

---

* Wilner, J., now retired, participated in the hearing and conference of this case while an active member of this Court; after being recalled pursuant to the Constitution, Article IV, Section 3A, he also participated in the decision and adoption of this order.